UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DARA BOOTH                                                                                                  PLAINTIFF

v.                                              CASE NO. 4:04-CV-00052 GTE

LITTLE ROCK SCHOOL DISTRICT, et al.                                              DEFENDANTS

## ORDER

Having been advised by the parties that they have entered into a full and final settlement agreement governing all claims and all parties in this matter, the Court hereby dismisses the above-styled action with prejudice.

IT IS SO ORDERED this 10th day of August, 2007.

/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE